1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,** | **OLD CASE NO: 2:15-CV-01201 MCE DAD** |
| **Plaintiffs/Petitioners,** | **NEW CASE NO: 1:15-CV-0912 LJO BAM** |
| v. | **ORDER CLOSING SACRAMENTO CASE AND TRANSFERRING ALL FILINGS DOCKETED AFTER JUNE 16, 2015 IN SACRAMENTO CASE TO FRESNO CASE DOCKET** |
| **UNITED STATES BUREAU OF RECLAMATION, et al.** | |

On June 16, 2015, this Court entered an order relating Case No. 2:15-cv-1201 MCE DAD to various cases before the undersigned. A new, Fresno case number, 1:15-CV-0912 LJO BAM, was created and the parties were instructed to file all documents under the new, Fresno case number. Due to an administrative error, the June 16, 2015 order was not docketed in the Sacramento case, nor was the Sacramento case closed, as it should have been. As a result, and in contravention of the June 16, 2015 Order, several documents, including several motions, were filed in the Sacramento case after June 16, 2015.

Accordingly, the Clerk of Court is directed to close the Sacramento case, docket the June 16, 2015 Order in the Sacramento case, and transfer all documents filed in the Sacramento case after June 16, 2015 to the Fresno case docket. Any hearings set before Judge Morrison C. England shall be reset

before Judge Lawrence J. O'Neill for the same dates chosen by the filing parties. This action shall not change any filing deadlines for any party.

**IT IS SO ORDERED.**

    Dated:  __July 8, 2015__                              ____/s/ Lawrence J. O'Neill____
                                                                      **UNITED STATES DISTRICT JUDGE**